

# Missouri Court of Appeals
## Southern District

## NOVEMBER 12, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No.  SD33113

    Re:  JEROME GEORGE POOLE,
         Movant-Appellant,
         vs.
         STATE OF MISSOURI,
         Respondent-Respondent.